No. 25-2077

In the United States Court of Appeals for the First Circuit

———◆———

In Re: The Financial Oversight and Management Board for Puerto RICO, as Representative for the Commonwealth Of Puerto Rico; IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

As Representative for the Employees Retirement System of the Government of the Commonwealth of Puerto Rico; IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, As

Representative for the Puerto Rico Highways and Transportation Authority; IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

FOR PUERTO RICO, As Representative for the Puerto Rico Electric Power Authority (PREPA); IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT

BOARD FOR PUERTO RICO, As Representative of the Puerto Rico Public Buildings Authority,

*Debtors*.

LUMA ENERGY, LLC; LUMA ENERGY SERVCO, LLC,

*Movants-Appellants*

v.

PUERTO RICO DEPARTMENT of CONSUMER AFFAIRS (DACO); INSTITUTO DE COMPETITIVIDAD Y SOSTENIBILIDAD ECONMICA (ICSE),

*Respondents-Appellees*

_____

DACO'S MOTION FOR EXTENSION OF TIME

_____

TO THE HONORABLE COURT:

 COMES NOW the Puerto Rico Department of Consumer Affairs ("DACO" for its Spanish acronym), through its undersigned attorneys, who very respectfully allege and pray as follows:

 1. Pursuant to the Court's current briefing schedule, DACO's brief is due on January 9, 2026, and LUMA Energy, LLC and LUMA Energy ServCo, LLC's ("LUMA") reply brief is due on February 6, 2026.

 2. DACO respectfully requests a two-week extension of time, up to and including January 23, 2026, to file its brief.

 3. Good cause exists for this limited extension. On December 5, 2025, the Government of Puerto Rico designated a new Secretary of DACO.

 4. Upon assuming office, the newly appointed Secretary determined that DACO would be represented in this matter by the Puerto Rico Department of Justice, rather than by prior counsel.

 5. As a result, undersigned counsel is currently engaged in an active transition and coordination process with the Department of Justice, which includes the transfer

of the case file, coordination of litigation strategy, and the internal review processes required for representation by the Commonwealth's chief legal office.

6. This transition required additional time, has occurred during the pendency of the existing briefing deadline, and during the year-end holiday season, when agency personnel availability and internal review processes are necessarily more limited.

7. The requested extension is limited in scope, reasonable in duration, and necessary to ensure that DACO's Brief accurately reflects the position of the newly appointed Secretary and the Puerto Rico Department of Justice.

8. DACO further respectfully requests that the Court extend LUMA's reply-brief deadline by the same period, thereby preserving the existing briefing sequence and ensuring fairness to all parties.

9. Importantly, this request is not made in bad faith, nor for purposes of delay. Rather, it is necessitated solely by the recent change in administration and counsel, and by the need to ensure orderly and effective representation of DACO before this Court.

10. Granting this brief extension will not prejudice any party, nor will it materially impact the proceedings.

WHEREFORE, DACO respectfully requests that the Court grant this Motion and extend the deadline for filing DACO's brief until January 23, 2026, or such other date as the Court deems just and proper.

**WE HEREBY CERTIFY** that on this date we electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of January 2026.

**H. López Law, LLC**

*s/ Heriberto López-Guzmán*
USCOA 1154519
Metro Office Park
BDG 11, Suite 105A
Guaynabo, PR 00968
Telephone: (787) 422-0243