# United States Court of Appeals
## For the First Circuit

_____

No. 25-2077

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,
_____

LUMA ENERGY, LLC; LUMA ENERGY SERVCO, LLC,

Movants-Appellants,

v.

PUERTO RICO DEPARTMENT OF CONSUMER AFFAIRS (DACO); INSTITUTO DE COMPETITIVIDAD Y SOSTENIBILIDAD ECONÓMICA (ICSE),

Respondents-Appellees.
_____

**ORDER OF COURT**

Entered: January 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellees Puerto Rico Dept of Consumer Affairs and Instituto de Competitividad y Sostenibilidad Económica de Puerto Rico to file their briefs be enlarged to and including **January 23, 2026**. The time for Appellants LUMA Energy LLC and Luma Energy Servco, Inc. to file their reply brief is enlarged to and including **February 20, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: John E. Roberts, Lucas Kowalczyk, Hermann D. Bauer-Alvarez, Arturo Diaz-Angueira, Ralph C. Ferrara, Carla García-Benitez, Joseph P. Davis III, Ubaldo M. Fernandez, Ricardo Burgos-Vargas, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Paul V. Possinger, Ann M. Ashton, Nancy A. Mitchell, William D. Dalsen, Brian S. Rosen, Guy Brenner, Maria Jennifer DiConza, Gabriel A Miranda-Rivera, Chantel L. Febus, Kevin J. Perra, Timothy W. Mungovan, Luis Francisco Del-Valle-Emmanuelli, Stephen L. Ratner, Steven O. Weise, Raul Castellanos-Malave, Dale K. Cathell, Mariana Muñiz-Lara, David Horniak, Brett Ingerman, Fernando E. Agrait-Betancourt, Luis Fernando Llach Zuniga, Juan J. Casillas-Ayala, Luc A. Despins, Georg Alexander Bongartz, John Arrastia Jr., Monsita Lecaroz-Arribas, Heriberto López-Guzmán, Jose Rafael Santiago Pereles, Arturo Rafael Negron-Vargas, Alexis Fuentes-Hernandez, Joseph F. Gierbolini-Bonilla, Wandymar Burgos-Vargas, Donald B. Verrilli Jr., Susana I. Peñagaricano Brown, Michael R. Hackett, Margaret Antinori Dale, Laura E. Stafford, Chad Golder, Julia D. Alonzo, Michael A. Firestein, Lary Alan Rappaport, Ginger D. Anders, Adele M. El-Khouri, Jennifer L. Roche, Rachel G. Miller Ziegler, Juan Carlos Ramirez-Ortiz