# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-2077          Short Title: LUMA Energy LLC, et al v. P

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__PR Dept of Consumer Affairs_____ as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

__s/Frank A. Rosado Méndez__          __1/12/2026_____
Signature                               Date

__Frank A. Rosado Méndez____
Name

__Office of the Solicitor General of PR__     __(787) 721-2900, Ext. 1502__
Firm Name (if applicable)                      Telephone Number

__PO BOX 9020192_____          _____
Address                                Fax Number

__San Juan, PR 00902-0192__           __frank.rosado@justicia.pr.gov__
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: __1209179__

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).