**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

No. 25-2077

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

*Debtors,*

*(For Continuation of Caption See Reverse Side Cover)*

---

Appeal from the United States District Court for the District of Puerto Rico
Case Nos. 17-BK-3283-LTS; 17-BK-4780-LTS

---

**INSTITUTO DE COMPETITIVIDAD Y SOSTENIBILIDAD
ECONÓMICA'S SUPPLEMENTAL APPENDIX**

---

**FERNANDO E. AGRAIT BETANCOURT**
Fernando E. Agrait Law Office
701 Ponce de León Avenue
Centro de Seguros, Suite 414
San Juan, Puerto Rico 00907
Tel. (787) 725-3390/3391
Email: agraitfe@agraitlawpr.com
USCA 76940

LUMA ENERGY, LLC; LUMA ENERGY SERVCO, LLC,

*Movants-Appellants*

v.

PUERTO RICO DEPARTMENT OF CONSUMER AFFAIRS (DACO);
INSTITUTO DE COMPETITIVIDAD Y SOSTENIBILIDAD ECONÓMICA
(ICSE),

*Respondents-Appellees*

# TABLE OF CONTENTS

Document                                       Supp. App.

Hearing Examiner's Order Requiring Information on PREPA Irrigation, Genera's TM2500 Units, and Costs Associated with Negligence Liability, in the <u>Puerto Rico Electric Power Authority Rate Review</u>, NEPR-AP-2023-0003 (December 10, 2025)      1-4

LUMA Ex. 1062, in the <u>Puerto Rico Electric Power Authority Rate Review</u>, NEPR-AP-2023-0003 (December 18, 2025)      5-7

| | |
|---|---|
| **IN RE**: PUERTO RICO ELECTRIC POWER AUTHORITY RATE REVIEW | **CASE NO.:** NEPR-AP-2023-0003 |
| | **SUBJECT:** Hearing Examiner's Order Requiring Information on PREPA Irrigation, Genera's TM2500 Units, and Costs Associated with Negligence Liability |

## Hearing Examiner's Order Requiring Information on PREPA Irrigation, Genera's TM2500 Units, and Costs Associated with Negligence Liability

This Order contains informational requirements for each of the three utilities. By close of hearing on Thursday, December 11, 2025, each utility should inform me of when they can submit the required information. Submitters should get guidance from Kate Bailey as to where to place the responses on the Accion platform. Each respondent shall also email the responses to all parties.

**PREPA[1]**

*Identification of dual-purpose HydroCo employees:* It is my understanding that HydroCo and PREPA's Irrigation business share infrastructure and employees.

a. State whether this understanding is correct or incorrect, and explain.

b. Describe and quantify all costs, whether asset costs or employee costs, subject to such sharing.

c. Provide all data necessary to allocate those costs between the two businesses, for each of the three rate years, and propose an allocation.

d. Identify what portion of these costs resides within PREPA's proposed Optimal and Constrained budgets.

e. Quantify all operations and repair costs associated with fleet vehicles and heavy machinery assigned to or used by Irrigation but organizationally located under or

---

[1] For any clarification on these questions to PREPA, contact PREB consultant Jorge Camacho, jorge@maxetaenergy.com

1

owned by HydroCo. State whether these costs are included within PREPA's proposed Optimal and Constrained budgets.

*HydroCo Labor Costs:* Refer to PC Exhibit 823.3 (ROI #LUMA-of-PREPA-NONPHYS_OPS-109). PREPA is requesting an additional 67 HydroCo employees, on top of the 164 employees budgeted for FY2025 (PC Exhibit 823).

a. What was the average available generating capacity provided by the hydroelectric units during FY2025?

b. To what extent is the available hydroelectric capacity limited by water availability?

c. Given limits on water availability, what is the resource's effective firm capacity?

d. Explain why PREPA requires 164 HydroCo employees to support this level of generation capacity. Explain why PREPA considers the ratio of employees to MW capacity to be reasonable.

**Genera**

How many employees are required to operate and maintain one TM2500 generation unit?. What is the capacity of that unit?

Supp. App. 2

**LUMA. Genera, PREPA re Puerto Rico Supreme Court decision on negligence liability**

Each utility shall provide, no later than **noon Thursday December 18**, its best estimates, and associated explanation and documentation, of all expected new costs, including but not limited to costs in these areas:

- claims processing
- insurance
- litigation
- compensation to complaining individuals
- administrative costs
- other costs

Be notified and published.

_Scott Hempling signature_

_____
Scott Hempling
Hearing Examiner

**CERTIFICATION**

I certify that the Hearing Examiner, Scott Hempling, has so established on December 10, 2025. I also certify that on December 10, 2025, I have proceeded with the filing of the Order, and a copy was notified by electronic mail to: mvalle@gmlex.net; alexis.rivera@prepa.pr.gov; jmartinez@gmlex.net; jgonzalez@gmlex.net; nzayas@gmlex.net; Gerard.Gil@ankura.com; Jorge.SanMiguel@ankura.com; Lucas.Porter@ankura.com; mdiconza@omm.com; golivera@omm.com; pfriedman@omm.com; msyassin@omm.com; katiuska.bolanos-lugo@us.dlapiper.com; Yahaira.delarosa@us.dlapiper.com; margarita.mercado@us.dlapiper.com; carolyn.clarkin@us.dlapiper.com; andrea.chambers@us.dlapiper.com; regulatory@genera-pr.com; legal@genera-pr.com; mvazquez@vvlawpr.com; gvilanova@vvlawpr.com; dbilloch@vvlawpr.com; ratecase@genera-pr.com; jfr@sbgblaw.com; hrivera@jrsp.pr.gov; gerardo_cosme@solartekpr.net; contratistas@jrsp.pr.gov; victorluisgonzalez@yahoo.com; Cfl@mcvpr.com; nancy@emmanuelli.law; jrinconlopez@guidehouse.com; Josh.Llamas@fticonsulting.com; Anu.Sen@fticonsulting.com; Ellen.Smith@fticonsulting.com; Intisarul.Islam@weil.com; alexis.ramsey@weil.com; kara.smith@weil.com; rafael.ortiz.mendoza@gmail.com; rolando@emmanuelli.law; monica@emmanuelli.law; cristian@emmanuelli.law; luis@emmanuelli.law; jan.albinolopez@us.dlapiper.com; Rachel.Albanese@us.dlapiper.com; varoon.sachdev@whitecase.com; javrua@sesapr.org; Brett.ingerman@us.dlapiper.com; brett.solberg@us.dlapiper.com; agraitfe@agraitlawpr.com; jpouroman@outlook.com;

epo@amgprlaw.com; loliver@amgprlaw.com; acasellas@amgprlaw.com; matt.barr@weil.com; Robert.berezin@weil.com; Gabriel.morgan@weil.com; corey.brady@weil.com; lindsay.greenbaum@analysisgroup.com; harrison.holtz@analysisgroup.com; charles.wu@analysisgroup.com; Brian.Gorin@analysisgroup.com; Bhumika.Sharma@analysisgroup.com; Rachel.Anderson@analysisgroup.com; lramos@ramoscruzlegal.com; tlauria@whitecase.com; gkurtz@whitecase.com; ccolumbres@whitecase.com; isaac.glassman@whitecase.com; tmacwright@whitecase.com; jcunningham@whitecase.com; mshepherd@whitecase.com; jgreen@whitecase.com; hburgos@cabprlaw.com; dperez@cabprlaw.com; howard.hawkins@cwt.com; mark.ellenberg@cwt.com; casey.servais@cwt.com; bill.natbony@cwt.com; zack.schrieber@cwt.com; thomas.curtin@cwt.com; escalera@reichardescalera.com; riverac@reichardescalera.com; susheelkirpalani@quinnemanuel.com; erickay@quinnemanuel.com; dmonserrate@msglawpr.com; fgierbolini@msglawpr.com; rschell@msglawpr.com; eric.brunstad@dechert.com; Stephen.zide@dechert.com; David.herman@dechert.com; Isaac.Stevens@dechert.com; James.Moser@dechert.com; michael.doluisio@dechert.com; Kayla.Yoon@dechert.com; mfb@tcm.law; lft@tcm.law; arosenberg@paulweiss.com; pbrachman@paulweiss.com; swintner@paulweiss.com; tfurchtgott@paulweiss.com; kzeituni@paulweiss.com; Julia@londoneconomics.com; Brian@londoneconomics.com; luke@londoneconomics.com; juan@londoneconomics.com; mmcgill@gibsondunn.com; LShelfer@gibsondunn.com; jcasillas@cstlawpr.com; jnieves@cstlawpr.com; pedrojimenez@paulhastings.com; ericstolze@paulhastings.com; arrivera@nuenergypr.com; apc@mcvpr.com; ramonluisnieves@rlnlegal.com; kbailey@acciongroup.com.

I sign this in San Juan, Puerto Rico, on December 10, 2025.



_____
Sonia Seda Gaztambide
Clerk

4

# Responses for Information on Permanent Rates NEPR-AP-2023-0003

**Response: Late-Filed Exhibit – Compliance with Hearing Examiner's December 10, 2025 Order Regarding Negligence Liability Costs**

---

### SUBJECT

Negligence Liability

### DATE

December 18, 2025

### REQUEST

Each utility shall provide its best estimates, and associated explanation and documentation, of all expected new costs, including but not limited to costs in these areas:

- claims processing

- insurance

- litigation

- compensation to complaining individuals

- administrative costs

- other costs

### RESPONDER

Sarah Hanley

Andrew Smith

Ángel Rotger

Kevin Burgemeister

### RESPONSE

On December 1, 2025, the Puerto Rico Supreme Court ruled to terminate LUMA's waiver on negligence liability. This ruling has raised concerns from LUMA regarding its potential effects on the costs and

operations of Puerto Rico's electrical system, the existing legal framework, and the fiscal plan of the Puerto Rico Electric Power Authority (PREPA).  Subsequently, on December 10, 2025, the Hearing Examiner overseeing the Rate Review proceedings issued an Order requiring LUMA to provide estimated costs associated with the Supreme Court's ruling on negligence liability[1].

While various uncertainties complicate the accurate evaluation of these potential costs, LUMA has begun to formulate rough estimates based on existing claims, the likelihood of future payouts, and possible legal actions. These estimates may evolve as the full implications of the ruling become clearer. Despite these challenges, LUMA remains dedicated to improving system reliability and diligently serving its nearly 1.5 million customers each day.

**Andrew Smith:** LUMA's best estimates of the investment in people and technology associated with the Puerto Rico Supreme Court decision on negligence liability are shown in Table 13-1. The cost associated with the development, implementation, and integration of the online form are one-time costs, whereas the labor costs are annual and recurring.

What LUMA is unable to quantify at this time is:

- **Insurance** – LUMA does not expect any insurers to be willing to assume the risk of covering the actual $2M Self-insurance Retention in our liability insurance umbrella.  Additionally, it remains uncertain whether such insurance options would be available for this specific purpose and would need time to properly source a quote for such.

- **Compensation to Complaining Individuals** – LUMA is unable to determine potential compensation payouts for future claimants due to the unpredictable nature and frequency of these claims. Each case varies significantly based on factors such as the nature of the incident, the extent of damages, and the applicable legal and regulatory frameworks, which can result in a wide range of compensation amounts.  Moreover, unforeseen circumstances and changing legal precedents further complicate LUMA's ability to project financial liabilities associated with these claims. At present, there is no baseline for these amounts and as such LUMA has no basis on which it can develop an estimate. Compensation would also vary depending on the details of any potential insurance policy.

**Table 13-1 Estimated Investment in People and Technology**

| Attestor | Department | Cost Item | Cost Estimate |
|---|---|---|---|
| **Andrew Smith** | **Finance (Risk Management)** | **Incremental headcount: 4 additional Analysts to manage claims and insurance** | **$301,600** |

---

[1] See Hearing Examiner's Order Requiring Information of PREPA Irrigation, Genera's TM2500 Units, and Costs Associated with Negligence Liability, dated December 10, 2025, Docket NEPR-AP-2023-0003 20251210-AP20230003-HE-Order-on-ROIs-on-hydro-liability.pdf

| | | | |
|---|---|---|---|
| **Sarah Hanley** | **Customer Experience** | **Incremental headcount: 2 Customer Experience Representatives to manage claim intake and administration** | **$113,625** |
| **Sarah Hanley** | **Customer Experience** | **Online form to process claim intake – development and implementation costs** | **$400,000 (one-time)** |
| **Ángel Rotger** | **Legal** | **Incremental headcount: 4 additional Attorneys to manage litigation** | **$429,250** |
| **Kevin Burgemeister** | **Operations** | **Incremental headcount: 3 Utility Electricians to gather information on the low voltage customer service drop to support investigations (his does not contemplate resources for making system repairs)** | **$315,000** |
| **Total One-Time Costs** | | | **$400,000** |
| **Total Estimated Annual Costs (labor, including fringe benefits)** | | | **$1,159,475** |

*Attestation*

I, Andrew Smith, state that the information contained in this response is complete, true, and accurate to the best of my knowledge and belief. I would give the same response orally and present the same attachments if asked under oath.

/s/ Andrew Smith

I, Sarah Hanley, state that the information contained in this response is complete, true, and accurate to the best of my knowledge and belief. I would give the same response orally and present the same attachments if asked under oath.

/s/ Sarah Hanley

I, Ángel Rotger, state that the information contained in this response is complete, true, and accurate to the best of my knowledge and belief. I would give the same response orally and present the same attachments if asked under oath.

/s/ Ángel Rotger

I, Kevin Burgemeister, state that the information contained in this response is complete, true, and accurate to the best of my knowledge and belief. I would give the same response orally and present the same attachments if asked under oath.

/s/ Kevin Burgemeister